UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXCELLED SHEEPSKIN & LEATHER COAT CORP., <br><br> Plaintiff/Counterdefendant <br><br> v. <br><br> OREGON BREWING COMPANY, <br><br> Defendant/Counterclaimant. | Civil Action No. 12-cv-1416 |

## NOTICE OF APPEAL

Notice is given that Oregon Brewing Company ("Defendant") appeals to the United States Court of Appeals for the Second Circuit from this Court's Judgment dated October 19, 2016 (Dkt. No. 145), and its Memorandum Decisions and Orders dated: August 5, 2014 (Dkt. No. 109, granting summary judgment to Plaintiff/Counterclaimant on Counts I-III and V and on Defendant's counterclaims); July 8, 2015 (Dkt. No. 119, denying Defendant's motion for relief from the summary judgment order); and September 28, 2016 (Dkt. No. 140, awarding a permanent injunction, damages, and attorneys' fees to Plaintiff/Counterclaimant).

Dated:  October 21, 2016

John J. Dabney (admitted *pro hac vice*)
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, D.C.  20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: jdabney@mwe.com
*Attorneys for Oregon Brewing Company*

McDERMOTT WILL & EMERY LLP

By: /s/ Monica S. Asher
Monica S. Asher
340 Madison Avenue
New York, New York 10017
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444
Email:  masher@mwe.com

1