UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EXCELLED SHEEPSKIN & LEATHER COAT CORP.,

Plaintiff/Counterdefendant,

v.

OREGON BREWING COMPANY,

Defendant/Counterclaimant

Civil Action No. 12-cv-1416

# [PROPOSED] ORDER ON OREGON BREWING COMPANY'S MOTION FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF OREGON BREWING COMPANY ON ALL OF EXCELLED'S CLAIMS (COUNTS I-V)

This matter comes before the Court on Defendant/Counterclaimant Oregon Brewing Company's Motion for Entry of Final Judgment on all claims (Counts I-V) alleged by Plaintiff/Counterdefendant Excelled Sheepskin and Leather Coat Corporation's in its Complaint (Dkt. No. 1). Because there is no just reason for delay under Fed. R. Civ. P. 54(b), it is hereby ORDERED that

Oregon Brewing Company's Motion is GRANTED. Excelled's claims for trademark counterfeiting under 15 U.S.C. § 1114(1)(b) (Count I), trademark infringement under 15 U.S.C. § 1114(1)(a) (Count II), false designation of origin and unfair competition under 15 U.S.C § 1125(a) (Count III), unfair trade practices under the statutory laws of New York (Count IV), and common law trademark infringement (Count V) are hereby DISMISSED WITH PREJUDICE.

Dated: 12 / 5 /2019

/s/ George B. Daniels

Hon. George B. Daniels, U.S.D.J.

DM_US 158013005-1.055897.0013