# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EXCELLED SHEEPSKIN & LEATHER
COAT CORP.,

        Plaintiff/Counterdefendant,

-against-

OREON BREWING COMPANY,

        Defendant/Counterclaimant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019

12 **CIVIL** 1416 (GBD)

## **RULE 54(b) JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 5, 2019, there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), judgment is entered that Oregon Brewing Company's motion is granted; Excelled's claims for trademark counterfeiting under 15 U.S.C. § 1114(1)(b) (Count I), trademark infringement under 15 U.S.C. § 1114(1)(a) (Count II), false designation of origin and unfair competition under 15 U.S.C. § 1125(1)(a) (Count III), unfair trade practices under the statutory laws of New York (Count IV), and common law trademark infringement (Count V) are hereby dismissed with prejudice.

**Dated:** New York, New York
       December 6, 2019

                              RUBY J. KRAJICK

                              Clerk of Court

BY:

                              Deputy Clerk

                         THIS DOCUMENT WAS ENTERED
                         ON THE DOCKET ON 12/6/2019