UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EXCELLED SHEEPSKIN & LEATHER COAT CORP.,

         Plaintiff,

 -against-

OREGON BREWING COMPANY,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

12 Civ. 1416 (GBD) (SDA)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 05 2020

GEORGE B. DANIELS, United States District Judge:

The unopposed motion to substitute a party pursuant to Federal Rule of Civil Procedure 25(c), (ECF No. 199), is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 199.

Dated: New York, New York
   November 4, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge